UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Newman, Perlita Newman,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NANCY A. BERRYHILL, in her official capacity as Acting Commissioner of the Social Security Administration; The Social Security Administration of the United States of America,<br><br>　　　　　　　　Defendants. | Case No.: 19cv36-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is Plaintiff's motion to proceed in forma pauperis. (ECF No. 2.)

　　On January 7, 2019, Plaintiffs initiated this action by filing a Complaint (ECF No. 1) and a Motion to proceed in forma pauperis (ECF No. 2). Plaintiffs allege that the Social Security Administration "erroneously, fraudulently, and illegally, has termed Plaintiff's Old Age security, and Canada Pension benefits, and his private employer's pension benefits . . . as WINDFALL INCOME, and significantly reduced, the Plaintiff's earned US social security benefits, to a meager $64 A MONTH." (ECF No. 1 at 2–3).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. Civ. R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Proceeding in forma pauperis "is a privilege, not a right." *Sonnier v. L.A. Cty. Dist. Attorney's Office*, 33 F. App'x 252, 253 (9th Cir. 2002).

In Plaintiffs' application, Plaintiffs state that they are ages eighty-seven and seventy-four and retired. (ECF No. 2 at 2). Plaintiffs state that their income is $0, and that they have $1,225 in checking or savings accounts. *Id.* at 1–2. Plaintiffs' application states no other cash, income, or assets. *Id.* Plaintiffs' application is signed and includes a declaration under penalty of perjury that the statements made in the application are true. *Id.* at 2. Plaintiffs allege they receive monthly social security benefits of $64 in the Complaint. (ECF No. 1 at 3).

After considering Plaintiff's Motion and supporting documents, the Court concludes that Plaintiffs are entitled to proceed in forma pauperis.

IT IS HEREBY ORDERED that Plaintiffs' Motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

IT IS FURTHER ORDERED that all matters arising in this social security case are referred to the Honorable Nita L. Stormes, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and S.D. Cal. Civ. R. 72.1(c).

Dated: January 10, 2019

*[signature]*
Hon. William Q. Hayes
United States District Court