# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NEWMAN, et al., | Case No.: 3:19-cv-00036-WQH-MSB |
| Plaintiffs, | **ORDER** |
| v. | |
| ANDREW SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

HAYES, Judge:

The matters before the Court is the Report and Recommendation issued by the Magistrate Judge (ECF No. 18).

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir.

Case 3:19-cv-00036-WQH-MSB   Document 21   Filed 08/14/20   PageID.115   Page 2 of 2

2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

On July 27, 2020, Plaintiff George Newman filed a Supplemental Document. (ECF No. 20). Plaintiff asserts that Defendant was properly served and requests entry of default judgment. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 18) is ADOPTED in its entirety. Plaintiff George Newman's request for entry of default judgment is DENIED. This action is dismissed without prejudice. The Clerk of the Court shall close the case.

Dated: August 14, 2020

Hon. William Q. Hayes
United States District Court

2

3:19-cv-00036-WQH-MSB